FILED: May 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1506
(14-115)
(14-116)

STATE OF NORTH CAROLINA

Petitioner

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA

Respondents

ORDER

Upon review of submisssions relative to the motion to transfer the petition for review to the U. S. Court of Appeals for the Sixth Circuit, the court grants the motion.

A copy of the unopposed motion to transfer is attached to this order, and the clerk is directed to send a copy of this order and the attached motion to the Court of Appeals for the Sixth Circuit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk